# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:21CR00022 |
| ) | |
| v.                                                ) | **FINAL ORDER** |
| ) | |
| **BOBBY WAYNE HAISLIP,**           ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.                              ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the United States' Motion to Dismiss, ECF No. 137, is GRANTED and the Motion pursuant to 28 U.S.C. § 2255, ECF No. 127, is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: July 12, 2023

/s/ JAMES P. JONES
Senior United States District Judge